UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD TANSEY, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

NAVISITE, INC., R. BROOKS BORCHERDING, JAMES W. PLUNTZE, ANDREW RUHAN, ARTHUR P. BECKER, JAMES DENNEDY, LARRY SCHWARTZ, THOMAS R. EVANS, TIME WARNER CABLE INC., and AVATAR MERGER SUB INC.,

Defendants.

C.A. No. 11-CV-10214-RWZ

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that on September 15, 2011, at 2:30 p.m., plaintiff Edward Tansey will appear in Courtroom 12 of the United States District Court for the District of Massachusetts, located at 1 Courthouse Way, Boston, Massachusetts 02210, to move (the "Final Approval Motion") the Court, the Honorable Rya W. Zobel, District Court Judge presiding, for an order granting final approval of the settlement set forth in the Stipulation of Settlement filed with the Court on June 9, 2011 (the "Stipulation") (Docket No. 25). The Stipulation resolves the shareholder claims asserted in the above-captioned action. On June 10, 2011, the Court entered a Scheduling Order on Approval of Class Action Settlement and Class Certification ("Preliminary Approval Order") (Docket No. 27).

Specifically, the Final Approval Motion seeks the following: (i) the Court's determination that the Settlement set forth in the Stipulation is fair, reasonable, and adequate; (ii) the Court's order directing entry of the Order and Final Judgment (filed concurrently herewith); and

(iii) approving the negotiated sum of $360,000 for Plaintiff's attorneys' fees and expenses, as agreed to between the settling parties in the Stipulation.

The Final Approval Motion is based upon the Stipulation, the Preliminary Approval Order, the accompanying memorandum of points and authorities, the Affidavit of Stephen J. Oddo in Support of the Final Approval Motion, and such additional evidence or argument as may be required by the Court.

Dated: September 2, 2011

PARTRIDGE, ANKNER &
HORSTMANN, LLP
TERENCE K. ANKNER

/s/ Terence K. Ankner
TERENCE K. ANKNER

BBO No. 556377
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999
Facsimile: (617) 859-9998

ROBBINS UMEDA LLP
MARC M. UMEDA
STEPHEN J. ODDO
ARSHAN AMIRI
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with this Court on September 2, 2011, through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ Terence K. Ankner, Esq.
TERENCE K. ANKNER

641056