UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD TANSEY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVISITE, INC., R. BROOKS BORCHERDING, JAMES W. PLUNTZE, ANDREW RUHAN, ARTHUR P. BECKER, JAMES DENNEDY, LARRY SCHWARTZ, THOMAS R. EVANS, TIME WARNER CABLE INC., and AVATAR MERGER SUB INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-CV-10214-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, John Benjamin Ward of Wilmer Cutler Pickering Hale & Dorr LLP hereby gives notice that he will no longer serve as counsel for Defendants NaviSite, Inc., R. Brooks Borcherding, James W. Pluntze, Andrew Ruhan, Arthur P. Becker, James Dennedy, Larry Schwartz, and Thomas R. Evans (the "NaviSite Defendants") in this action. John F. Batter III, Daniel W. Halston, and James T. Lux will continue to represent the NaviSite Defendants in this matter:

Dated: September 8, 2011

Respectfully submitted,

/s/ John Benjamin Ward
John F. Batter III (BBO No. 033430)
Daniel Halston (BBO No. 548692)
John Benjamin Ward (BBO No. 676281)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, John Benjamin Ward, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic court filing (ECF) system, this 8th day of September 2011.

      /s/ John Benjamin Ward
      John Benjamin Ward (BBO # 676281)